**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


UNITED STATES OF AMERICA,


vs.                                              CASE NO. 5:07cr7/RS
                                                          5:08cv251/RS-MD


PERRY LEONARD JOHNSON,

         Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 193) and Defendant's Response to Report and Recommendation (Doc. 196). I have considered Defendant's response *de novo*.

**IT IS ORDERED**:

1.       The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2.       Defendant's Motion To Vacate, Set Aside, Or Correct Sentence (Doc. 111) is **denied**.

3.       The clerk is directed to close the file.


**ORDERED** on June 3, 2010.


                                        /S/ Richard Smoak_____
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**